United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA YARBROUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>JACQUELINE PAVIA HARRIS,<br><br>    Defendant. | Case No. 16-cv-02412-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: Dkt. No. 8 |

On June 1, 2016, Magistrate Judge Jacqueline Scott Corley issued a Report and Recommendation recommending the remand of this unlawful detainer action to Contra Costa County Superior Court because of a lack of subject matter jurisdiction. Dkt. No. 8. Objections to Judge Corley's recommendation to remand were due by June 20, 2016. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed.

Having reviewed the matter, the Court ADOPTS Judge Corley's Report and Recommendation in whole. For the reasons expressed therein, this case is REMANDED to Contra Costa County Superior Court.

**IT IS SO ORDERED**.

Dated: June 24, 2016

_____
WILLIAM H. ORRICK
United States District Judge